E-FILED
Friday, 28 March, 2008  05:12:22 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## DISTRICT OF ILLINOIS
### CENTRAL

FILED
MAR 24 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dunker, Brian J. )
    Plaintiff )
     )
  vs. )
     )
Shaffer, Mary )
Devine, Derik )
County Jail, Logan )
_____ )
    Defendant(s) )

Case No. 08-3076

## COMPLAINT

☒    42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐    28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐    Other _____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, ___Dunker, Brian J.___, and states as follows:

My current address is: 6665 State Rt. 146 East Vienna, IL 62995
Shawnee Correctional Center    S06070 /2-D-52  3-B-52

The defendant __Shaffer, Mary__, is employed as __Chief Jailer__
_____ at __Logan County Jail__

The defendant __Devine, Derik__, is employed as __Inmate__
_____ at __Grahm Correctional Center__

The defendant __County Jail, Logan__, is employed as __County Jail, Logan__
_____ at __911 Pekin St. Lincoln, IL 62656__

The defendant _____, is employed as _____
_____ at _____

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?          Yes   ☐                    No   ☒

If yes, please describe _____ N/A _____

_____

B.  Have you brought any other lawsuits in state or federal court while incarcerated?

                         Yes    ☐                    No   ☒

C.  If your answer to B is yes, how many? _N/A_  Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1.  Parties to previous lawsuit:

       Plaintiff(s)   _____ N/A _____

       Defendant(s)   _____ N/A _____

       _____

   2.  Court (if federal court, give name of district; if state court, give name of county)

   _____ N/A _____

3. Docket Number/Judge _____ N/A

4. Basic claim made _____ N/A

5. Disposition (That is, how did the case end.  Was the case dismissed?  Was it appealed?  Is it still pending?) _____ N/A

6. Approximate date of filing of lawsuit _____ N/A

7. Approximate date of disposition _____ N/A

For additional cases, provide the above information in the same format on a separate page.


## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A.  Is there a grievance procedure available at your institution?   Yes  ☐     No  ☒

B.  Have you filed a grievance concerning the facts relating to this complaint?  Yes  ☒  ⏍ No  ☒

If your answer is no, explain why not. <u>There is Police Reports and Pictures(s) filed</u> <u>with the Logan County precinct. I know not of any other grievance procedures</u>

C.  Is the grievance process completed?   Yes  ☒    No  ☐

PLEASE NOTE:  THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

## STATEMENT OF CLAIM

Place of the occurrence  County Jail, Logan

Date of the occurrence  March, 2007 (Exact date is in Police Report(s))

Witnesses to the occurrence  None — except pictures

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims*
*should be raised in a separate civil action.*
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

I am, unfortunetly, a registered Sex offender. I was sitting in the Logan County Jail on the charge of failure to Register. I had Several inmates at the Logan County Jail threaten and intimidate me because of the charge I was being held, in leau of bond, on.

I ask "Shaffer, Mary" to put me in a cellblock with other inmate(s) of my same charge, after I explained why. I was moved to no such cell-block until after I was severely beat and tortured for more than a half (½) an hour and made to pretend to hang myself.

I was beat and tortured by "Derik Devine". Derik Devine told me the only way I was getting out of the cell was if I pretended to hang myself. He felt this was the only way I would not snitch on him. As soon as I was taken out of the cell I made both oral and written statement(s). (I was also taken to "Lincoln Memorial Hospital"). I was ask if I wanted to press charges. I said, "Yes". Picture(s) of my injuries are on file with the police Report(s).

Charge(s) against Derik Devine was set against him but then droped. When I ask the States Attorney why the charge(s) against Derik Devine was droped he stated, "Mr. Devine signed for Ten(10) year(s) on his other case. We felt that was enough"

During the half (1/2) hour of beating(s), I endured: I was repeatedly picked up and slamed to the floor. I was picked up and slamed atop a plastic tote used for storage of personal property. The tot shaddered into Jagged corner(s) which felt like knivas) penetrating the skin. I was repeatedly kicked in the head by Derik Devine. Derik Devine repeatedly stomped on my stomach, taking the breath from my body. Derik Devine repeatedly punched me at all different location(s) on my body. Derik Devine slamed my head into the corner of the angle iron holding the two (2) steel bunks together.

There is more but, I'm supposed to keep this short, so that's all for now.

Brian J. Dunker

Dunker, Brian J.

* P.S. I endured approximately six (6) week(s) of threat(s) and intimidation(s) that finally ended in a severe beating and torture session Due to Mary Shaffer' neglect in moving me into proper houseing. Therefore, This is my reason for such STEEP Requested Relief

5

Brian J. Dunker

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

I am asking $250,000 from Mary Shaffer.

I am asking $250,000 from Derik Devine.

I am asking $500,000 From the "Logan County Jail"

**JURY DEMAND**      Yes  ☒                    No  ☐

Signed this _twenty-six (26)_ day of _Feburary_ , 2008.

_Brian J. Dunker_
( *Signature of Plaintiff* )

| Name of Plaintiff: <br> Dunker, Brian J. | Inmate Identification Number: <br> S06070 |
|---|---|
| Address: Shawnee Correctional Center <br> 6665 State Rt. 146 East <br> Vienna IL    62995 | Telephone Number: <br> 618-658-8331 |